**Opinion issued July 14, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-22-00406-CV**

———————————

**IN RE W.H., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator W.H. seeks mandamus relief from the "refusal of the 215th [District Court of Harris County] to grant, deny, schedule a hearing upon, or otherwise rule upon" a Motion for Order to Show Cause.[1] He asks this Court to mandamus the Harris County District Clerk or, alternatively, the trial court.

---

[1] According to information provided by Relator, the underlying case is *W.H. v. Harris County District Clerk's Office*, Cause No. 2022-00390, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.